JULIA FORNARIS ROIG, demandante y apelada, *v.* FRANCISCO FONT, demandado y apelado.

No. 3763.—*Visto:* Mayo 25, 1926. *Resuelto:* Junio 26, 1926.

LETRAS Y PAGARÉS *(Bills and Notes)*—ACCIONES—DEL PESO DE LA PRUEBA—ENTREGA DE PAGARÉ—POSESIÓN POR EL DEMANDANTE.—Alegándose en una demanda en cobro de un pagaré la expedición, entrega y falta de pago del mismo, y negada por el demandado la entrega y falta de pago y la existencia de la deuda, incumbe al demandante probar que poseía el pagaré.

SENTENCIA de *R. Díaz Cintrón,* J. (Ponce), declarando con lugar la demanda, con costas.

*Leopoldo Tormes,* abogado del apelante; *Rafael V. Pérez Marchand,* abogado de la apelada.

EL JUEZ ASOCIADO SEÑOR HUTCHISON, emitió la opinión del tribunal.

A instancia de la demandante la corte inferior dictó sentencia sobre las alegaciones en un pleito sobre un pagaré por la cantidad mencionada en la demanda.

El demandante alegaba la expedición, entrega y falta de pago de un pagaré suscrito ante un notario público y copiaba el pagaré literalmente en el cuerpo de la demanda.

La contestación sin jurar admitió la expedición y autenticidad del pagaré. Artículo 119 del Código de Enjuiciamiento Civil; *Chiqués* v. *Polo,* 15 D.P.R. 274; *Bennet* v. *Boschetti,* 31 D.P.R. 855. Pero el demandado negaba la entrega y falta de pago del pagaré y alegaba que no existía deuda alguna entre ellos.

Habiendo sido trabada la contienda en esta forma, incumbía a la demandante por lo menos probar que poseía el pagaré. Por consiguiente fué erróneo dictar una sentencia sobre las alegaciones. *Davanay* v. *Eggenhoff,* 43 Cal. 395; *Martin* v. *Porter,* 84 Cal. 476, 479, 24 Pac. 109, *Derby* v. *Jackman,* 89 Cal. 1, 3, 26 Pac. 610.

*La sentencia apelada debe ser revocada.*